UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PATRICO RAMONEZ,

        Petitioner,

                              CASE NO. 05-CV-71488-DT
v.                              HONORABLE GEORGE CARAM STEEH

MARY BERGHUIS,

        Respondent.
_____/

## **JUDGMENT**

The above-entitled matter having come before the Court on a Petition for Writ of Habeas Corpus, Honorable George Caram Steeh, United States District Judge, presiding, and in accordance with the Opinion and Order entered on this date;

**IT IS ORDERED AND ADJUDGED** that the Petition for Writ of Habeas Corpus is **DENIED and DISMISSED WITH PREJUDICE.**

        **SO ORDERED.**

                                       **DAVID J. WEAVER**
                                       **CLERK OF THE COURT**

                                       **BY: s/Josephine Chaffee**
                                            **DEPUTY COURT CLERK**

Dated: May 22, 2006