UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PATRICO RAMONEZ,

        Petitioner,

                                                        CASE NO. 05-CV-71488-DT
v.                                                 HONORABLE GEORGE CARAM STEEH

MARY BERGHUIS,

        Respondent.

                                        /

## ORDER ON REMAND CONDITIONALLY GRANTING
## PETITION FOR WRIT OF HABEAS CORPUS

This matter is on remand from the United States Court of Appeals for the Sixth Circuit. On June 18, 2007, the Sixth Circuit reversed this Court's prior decision denying the petition for writ of habeas corpus and remanded the case with instructions to grant a conditional writ of habeas corpus giving the State of Michigan 120 days within which to provide Petitioner with a new trial or, failing that, to release him. *See Ramonez v. Berghuis,* No. 06-1852 (6th Cir. June 18, 2007). Accordingly, pursuant to the Sixth Circuit's decision, this Court **ORDERS** that the petition for writ of habeas corpus is **CONDITIONALLY GRANTED**. The State of Michigan has **120 days** from the filing date of this order to retry Petitioner or unconditionally release him from custody.

Dated: October 24, 2007

                                                       S/George Caram Steeh
                                                     GEORGE CARAM STEEH
                                                     UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on October 24, 2007, by electronic and/or ordinary mail.

S/Josephine Chaffee
Deputy Clerk